In the Matter of the Application for a Writ of Mandamus by SAMUEL LEOW, Respondent, *v.* JOHN T. FETHERSTON, as Commissioner of the Department of Street Cleaning of the City of New York, Appellant.

Appeal from an order of the Supreme Court, entered on the 26th day of August, 1914, granting a motion for an alternative writ of mandamus.

PER CURIAM: The order should be reversed, with ten dollars costs and disbursements, and the motion for an alternative writ of mandamus denied, with ten dollars costs, upon the ground that there is no issue presented by the papers herein calling for the granting of any writ. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

———

TILLIE OSHRIN, by Her Guardian ad Litem, JOSEPH OSHRIN, Respondent, *v.* SIMON SHAPIRO, Appellant.

Appeal from a judgment of the Supreme Court, entered on the 8th day of May, 1914, on a verdict of a jury, and from an order entered on the 13th day of May, 1914, denying a motion for a new trial.

PER CURIAM: The judgment and order appealed from are reversed and a new trial ordered, with costs to the appellant to abide the event, the verdict being clearly against the weight of the evidence. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Judgment and order reversed and new trial ordered, costs to appellant to abide event. Order to be settled on notice.